FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CASE NO. 4:22-cv-00069-LPR-ERE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 26 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Mark Daniel Crowley
PCRDF # 798768

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

*This case assigned to District Judge Rudofsky
and to Magistrate Judge Ervin*

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Jordan

Position: Deputy

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 West Roosevelt Road Little Rock, Arkansas

Name of defendant: Ataway

Position: Deputy

-4-

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 West Roosevelt Rd. Little Rock, Arkansas

Name of defendant: Unknown Lieutenant

Position: Lieutenant

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 West Roosevelt Road Little Rock, Arkansas

Name of defendant: Smith

Position: Maintenance Worker

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 W. Roosevelt Road Little Rock, Arkansas

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

Name of defendant: Cobb
Position: Doctor
Place of employment: Pulaski County Regional Detention Facility
Address: 3201 W. Roosevelt Rd. Little Rock, Arkansas

Name of defendant: Waters
Position: Lieutenant
Place of employment: Pulaski County Regional Detention Facility
Address: 3201 W. Roosevelt Road Little Rock, Arkansas

Name of defendant: Hill
Position: Sergeant
Place of employment: Pulaski County Regional Detention Facility
Address: 3201 W. Roosevelt Road Little Rock, Arkansas

Name of defendant: Cobb
Position: Sergeant
Place of employment: Pulaski County Regional Detention Facility
Address: 3201 W. Roosevelt Road Little Rock, Arkansas

Name of defendant: Paxton?
Position: Captain
Place of employment: Pulaski County Regional Detention Facility
Address: 3201 W. Roosevelt Rd. Little Rock, Arkansas

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: **Pulaski County Regional Detention Facility**

V. At the time of the alleged incident(s), were you: (check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges. **(Innocent As Well)**

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **Yes, Exhausted Several Times. See Duplicates of Appeals Submitted By Kiosk and Duplicated Twice submitted on paper hand written. Also Copies enclosed *See Exhibits**

-6-

Yes ✓   No ___

If not, why? _____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

**PAGE 1**

On or Around Tuesday November 9th 2021 between about Five P.M. and Nine P.M. Deputy Jordan and Deputy Ataway came to my cell and told me to pack up all of my stuff. I was then in a very clean cell T-312 which I had spent about two hours scrubbing the day before. (One of the only 2 times in the time between August 30, 2021 and Today January 19, 2022 that cleaning supplies were made available to scrub and mop, disinfect and wipe the cell down) Deputy Jordan and Deputy Ataway then walked me to cell T-321 and I could quickly tell upon entering that there was an overpowering smell of feces in the room. Upon looking around, I realized that there was, in fact, literally feces smeared everywhere. On the cielings, The corners, The cracks, The Windows, the doors, The Vents, The door frame, The table, The bed, Under all of these things. The trap in the door through which we recieve our meals. It was so overwhelming and sickening I could not breathe properly. I began to bang on the door and demanded that they move me back to my original and clean cell T-312, But Deputy Jordan just shrugged dismissively and said "Just clean that one". I said, "You just clean it. That's not my job. I can't breathe in here. It's you're job to ensure that living conditions are

Sanitary and within Societal Standards of Decency before you move a new person in to a room. I can't breathe. It's gross and for you to suggest that a man clean up another mans shit who isn't his own dying father is ludacrous.

She said "Tie your T-shirt over your face."
I began ~~beating~~ on the door ~~and said~~ saying "Call a Sergeant!"
She said "A sergeant can't help you. This was per Lieutenant."
I said "Okay what Lieutenant?..."
She said "I gotta go do some other stuff."
Then she walked away.

It was so nasty and so difficult to breathe without gagging that I continued to bang on the door desperate to get out. After realizing that she and Ataway were more interested in passing out ice and passing items among other **detainees than** bringing me any cleaning supplies with disinfectant, (or moving me), I began to scrub my cell with regular bar soap and a new wash clothe that I recieved the day before meant for my body. I scrubbed til well past Midnight. The sink was faulty, in that : ALL water that went down the drain simply poured out in the pipe chase and instantly flowed out from under the toilet on to my floor. This made cleaning and rinsing the rag all but impossible. In addition there was no hot water at ~~that~~ time in T-321 and a razor sharp lip of stainless steel overhung the sink facia. I mentioned all of these things ~~to~~ both Jordan and Ataway. They thought the situation was funny. Especially Jordan. The situation and Indifference was gross, nasty and sickening.

On Wednesday November 10th 2021 the feces was still everywhere and overpowering. I felt so sickened, I just tried to sleep under my covers all day.

On Thursday Nov 11th 2021 I asked the short black male deputy if he would please move me, explaining that I was just moved into a cell covered in feces. He said "Yeah I can smell it but were all full."

These were the extent of the difficulties I had cleaning T-321, (which still has unreachable areas with that sick individual's feces in the corners of the cieling):

① When I scrubbed with soap and cold water (there was no hot water at the time) I could NOT rinse the rag and simply let it drain down the sink because it would <u>all</u> flow right out from under my sink on to my floor.

② Clogging the sink to prevent the drainage on to my floor was very difficult. Then transferring the dirty (fecal contaminated) water to the toilet was very sickening, water would splash and I got very sick twice. Violently puking and diarheal the first time for about 6 days. Then around January 6th or 5th upon returning from the hospital I became sick violently puking and diarheal (all liquid) for about 10 days.

③ I have scrubbed this room so many times and requested sufficient cleaning supplies. Only once in the 140 days (Since August 30 2021) have I seen them do a room to room clean up routine which makes it an instance and not a routine. But I would scrub up high on these walls and fecal matter would literally pour down my arms. I would even strip down to my boxers then scrub and no matter how much I scrubbed it would only become clean(er). The feces at times seemed to pour out or liquify in the cracks of the bricks

Not long after moving in and probably within one to three weeks from November 10th I woke up and heard the maintenence cart outside of my cell. I asked the maintenence staff Smith if he could fix my sink and give me hot water. He asked what was wrong. I explained that all water that goes down the drain pours right out on to my floor, I have NO hot water and there is a large broken piece of razor sharp stainless steel on my sink facia.

At that time Smith opened the pipe chase fixed my sink leak and totally fixed my hot water. He said, he would put a work order in for the lip of the sink. That was probably around November 20 2021.

12/9/21
On or around December 8th between around 9:30 p.m. and 2:00 AM prior to urinating (the sink facia still broken and razor sharp) I was pulling the news paper off of my toilet while kicking an empty tray out of the way in front of my door and I became off balance for a moment placing my hand down on my sink forgetting about the razor sharp piece. My pinky and my ring finger were both sliced. My pinky was cut through its ligaments.

On 12-9-21. U.A.M.s restitched finger and set date for surgery
On 12-11-21. On break had to remove splint for shower. Deputy opened the door and my finger was inadvertently hit when I reached for it.
U.A.M.S did surgery, installed pin and layers of stitches

On December 15 2021 I submitted a grievance specifying that I sliced my pinky and cut ligaments, on 9th stitches, On 11th Surgery and stitches on the (then current day) 15th the sink is still unfixed and dangerous.

12/16/21 The response was: A request has been put in. If you need assistance please put in a sick call. (Also Sink was fixed by short white male Sergeant around this date 12/16/21)

I Appealed this on December 19 2021 stating:

This response is ambiguous. I'm still here with no cleaning treatment for my finger or proper medical care. I keep it fairly clean with soap and water. But I need medical cleaner. The Keflix is battling with the MRSA. I already submitted this in sick call form. Also none of this addresses the permanent inability to use my pinky as I was entirely.

As of January 19, 2022 the kiosk says that the above appeal is still under investigation. Which renders that particular grievance exhausted on behalf of the plaintiff. And Untimely on behalf of the P.C.R.D.F.

I submitted this appeal @ 9:11:17 a.m. on 12/19/21. As soon as I finished I was making an attempt to get in touch with my family through a bondsman to try to get out of jail when Dr. Cobb came to the subday room and said "Did you need to see me?... I said, "Yes Mam but I'm on the phone." She said, "Is it about your finger?" I said, "Yes, I got Staph." She said well I'll put you on the wound care list for cleaning. You should've already been on there Okay?... So do you still need to see me?..."

By then the bondsman was on the phone. I said, "well... naugh, I guess I'm alright." I was hoping that the wound care cleaning would be sufficient.

I <u>never recieved</u> that wound care. Only on January 12th, 13th and 21st.

On several occasions I would show the nurses my fingers and how bad they were getting. During that particular time in T-Unit there were kiosks that did not work and others frozen up. Only one shower worked. I also, being no-restraint was last to break which meant often there was not time for my break. If I did get a break it was usually a choice between a shower dayroom a kiosk (that works) day room, or a phone. And usually you had a 50/50 of no choice for a shower or kiosk. Just a phone That being the case I had no manner of submitting sick calls. My reliance was on the nurses and doctors to whom I showed the MRSA eaten fingers and thier not only simple determination according to what any reasonable person would have known. But <u>also</u> according to what any medical professional would <u>certainly</u> have known. I showed all nurses and even deputies.

On Jan 3rd, 2022 before midnight or Early January 4th I slipped while attempting to cover my light my hand hit the table. And I was in so much pain from the MRSA I begged them to take me to U.A.M.S to get some antibiotics. The already not working order of Keflix U.A.Ms ordered on the 9th of December had long run out.

↳ Upon arriving to the hospital X Rays were done and very quickly the doctor returns stating that the MRSA has gotten too far. It has literally eaten into the two bones at the end of my pinky and he recommends doing surgery fast and taking the pinky down to the lowest knuckle to save my hand.

The next day 1/5/2022 (They amputated my pinky.)

Upon returning to the P.C.R.D.F (JAIL) I was given no oral or I.V. antibiotics, no cleaning supplies, etc... Staph set in immediatly. I also became violently ill. I began violently puking for two days. Then had liquid diarheal\for the following 10 days. Chills, weakness, empty, pain. I put in sick calls and grievances in relation to the returning MRSA and sickness. Those sick calls were not responded to.

I was offered wound care (triple antibiotic and a band aid) on 1/12/22 and 1/13/22 That was the only two actions taken to remedy any of my medical ailments.

I never recieved antibiotics until 1/20/22.

I have exhausted several grievance \ appeals processes.

. copies of hand written appeals initially filed on Kiosk on indicated dates are included.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

$150,000 in compensatory damages (monetary relief) for dibilitation resulting in effecting income and productivity, hospital bills, meds, counseling, physical therapy, disfigurement, trauma, P.T.S.D. and irrecoverability of the whole of myself. $150,000 in punitive damages (monetary relief) for pain and suffering. [Injunctive Relief] I would like the guards here and staff to take re-sensitization classes and humanization fostering courses. Also room to room clean up performed in every barracks daily. Or at least cleaning supplies made available. Also any dangerous, malfunctioning, hazardous or otherwise unhealthy living conditions in the jail attended to and fixed.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 24TH day of JANUARY, 2022.

Mark Crowley #798768

Signature(s) of plaintiff(s)

3201 West Roosevelt Road
Little Rock, Arkansas
72204

-8-

To: The Chief of Detention @ P.C.R.D.F.  HOUSING
From: Mark Crowley #798768      DOB: 11/24/1981

Grievance Date: 12/15/2022 @ 12:31
Grievance:

[ACCEPTED]
On 12/9/21 I lost balance in front of my toilet for a moment and placed my hand upon the sink to stabilize But my hand slid across the top of the facia of the sink across a long razor sharp piece of stainless steel

My pinky finger was cut through ligaments and tendons It was just hanging there.

I was taken to UAMS where: On 12/9/21 got 9 stitches On the 11th was taken back to UAMS where I recieved Five stitches, Ligament surgery, Four more internal stitches and external stitches.

I will not ever regain full use or range of motion ever.

I hold the P.C.R.D.F. responsible. This razor sharp lip of the sink is still unfixed. I would like to be released from P.C.R.D.F. I will exhaust remedies and persue 1983 or State Claims. $100,000 from 1983 or $10,000 from State Claims.

Also Deputy Jordan and Deputy Ataway put me in T-321 on or around 11/10/2021 "per lieutenant" with feces all over the walls and this broken razor sharp sink.

Response Date: 12/16/21
Response:
A request has been put in. If you need medical assistance put in a sick call.

Appeal Date (By Kiosk): 12/19/21 @ 9:11:17 A.M.
Appeal: This response is ambiguous. I'm still here. My finger is not getting cleaned or proper Medical care. I keep it fairly clean with soap and water. But it needs a Medical cleaner and antibiotics. The Keflix is battling with the MRSA. I already submitted this in Grievance and Sick call form. Also none of this adresses my permanent inability to use my pinky

As of January 18th this Appeal is still listed as "Under Investigation" which renders the Appeal Response from P.C.R.D.F. Chief Untimely.

Nevertheless, an additional handwritten duplicate of this and four other appeals were surrendered to Deputy Kerry on 1/21/

EXHIBIT A

To: Chief of detention @ B.R.P.F.  HOUSING
From: Mark Crowley #798768  DOB: 11/24/1981

Grievance Date: 11/15/21

Grievance: On or around November 10th 2021 Deputy Jordan and Deputy Attaway moved me in to a cell (T-321) covered in feces. Walls, corners, cracks. Everywhere. They refused to move me until the cell could be cleaned. They refused to bring me cleaning supplies. I scrubbed the cell for the next four days on camera using my new wash clothe intended for my body and scrubbed the feces from everything. Another person's feces smeared everywhere.

    Now I feel sick and I easily get light headed and dizzy

    Also I still need bleach and fresh hot water to clean my cell.

    I have had MRSA before and am able to easily get staph infection

    I want bleach and fresh hot water in a mop bucket and lemon fresh cleaner spray

    The conditions of confinement, while not quiet a claim upon which relief may be granted, yet..., still do fall far and incomprehensibly short of societal standards of decency


As of January 20th 2022 this grievance is still listed as "Under Investigation"

•  •  •  •  •  •  •

A paper duplicate of this was surrendered to Deputy Kerry on 1/21/22

EXHIBIT B

MEDICAL

To: Chief of Detention @ P.C.R.D.F.
From: Mark Crowley  # 798768   DOB: 11/24/1981

Grievance Date: 1/12/2022
Grievance: ← [ACCEPTED]

I submitted several sick calls and grievances in relation to the MRSA in my left pinky. One sick call and one grievance was submitted on 12/19/2021, as well as others. The MRSA was never addressed. The sick calls were responded with "refused". I never refused. It's a lie. Also on 1/3/2022 or 1/4/2022 the MRSA had eaten in to the two bones in the tip of my pinky.

U.A.M.S. determined the only way to save my hand would be to amputate my entire pinky down to a nub. On the 4th (or 5th) they surgically removed my pinky.

I want $200,000 in compensatory damages for robotic prosthesis, pain management, physical therapy, etc...

Response Date: 1/13/2022
Response:
Your issues have been addressed by Medical. You have been treated.

Appeal Date (By Kiosk): 1/14/2022

This is an insufficient response because my finger was amputated as a result of deliberate indifference, transference of responsibility and procrastination. Also I have MRSA again that is not being addressed in nub. I have been given no oral or I.V. antibiotics since they amputated. And the deputies that took me to UAMS on the 12th of January said they cancelled my follow up.

•  •  •  •  •  •  •  •  •  •  •

EXHIBIT C

A handwritten duplicate of this was surrendered to Deputy Kerry on 1/21/22

As Of Monday January 24TH 2022   4:34 P.M.
EXHAUSTED

To: Chief of Detention @ PCRDF  MEDICAL
From: Mark Crowley #798768  DoB: 11/24/1981
Grievance Date: 1/15/2022  11:49 A.M.

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2022 JAN 26
TAMMY H DOWNS

Grievance:  *EMERGENCY GRIEVANCE*
Pinky nub has MRSA again. BAD. MRSA travels quickly in my body. I have had 3 surgeries due to MRSA And two of them since I have been here. Pinky was amputated

Response Date: 1/18/2022  9:32 A.M.
Response:  Denied Repetitive Submission

Appeal Date (By Kiosk):
Appeal: There is no repeat. This is the only Emergency Grievance filed.

• • • • • • •

A handwritten duplicate of this was surrendered to Deputy Kerry on 1/21/22

EXHIBIT D

Mark Crowley # 798768  87362
Pulaski County Regional Detention Facility
3201 West Roosevelt Road
Little Rock, Arkansas
72204



Pro Se Clerk
600 W. Capitol
Room A-149
Little Rock, Ar
7

JLM