# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK DANIEL CROWLEY**                                                                 **PLAINTIFF**
**#798768**

**V.**                                    **NO. 4:22-cv-00069-ERE**

**JORDAN**, *et al*.                                                                       **DEFENDANTS**

## ORDER OF DISMISSAL

Pending before the Court is Defendants' motion to dismiss Mr. Crowley's claims against them based on his failure to appear at his deposition.[1] *Doc. 29*.

On June 22, 2022, Plaintiff Mark Daniel Crowley filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 28.* In light of his recent release, it is unclear whether Mr. Crowley is still entitled to proceed *in forma pauperis* (IFP).[2] Accordingly, the Court previously determined that it must resolve this issue before taking up Defendants' motion to dismiss.

Therefore, on August 25, 2022, the Court: (1) ordered the Clerk of Court to send Mr. Crowley a free-world application to proceed IFP; (2) directed Mr. Crowley,

---

[1] In the alternative, Defendants asks that the Court award them reasonable costs and fees.

[2] According to the Court's records, Mr. Crowley has not made any payments toward the filing fee that the Court assessed in January 2022. *Doc. 5*.

if he wished to continue pursuing this lawsuit, he must, within 30 days of the entry of this Order, either file a completed free-world application to proceed IFP; or pay the $402 filing fee;[3] (3) directed Mr. Crowley to file a response to Defendants' pending motion within 30 days; and (4) cautioned Mr. Crowley that, if he failed to timely comply with this Court's Order, this case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

To date, Mr. Crowley has not responded to the Court's August 25, 2022 Order, and the time for doing so has passed.

IT IS THEREFORE ORDERED THAT:

1. Mr. Crowley's complaint and amended complaint are DISMISSED, without prejudice, based on his failure to: (a) comply with the Court's August 25, 2022 Order; (b) submit a free-world IFP form or pay the filing fee; and (c) prosecute this lawsuit.

2. Defendants' motion to dismiss (*Doc. 29*) is DENIED, as moot.

3. The Clerk is instructed to close this case.

IT IS SO ORDERED this 26th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] Because he has been released, Mr. Crowley no longer qualifies for the reduced fee of $350.