# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARK DANIEL CROWLEY**                                         **PLAINTIFF**
**#798768**

**V.**                      **NO. 4:22-cv-00069-ERE**

**JORDAN,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims asserted by Mr. Crowley in this case are DISMISSED, without prejudice. This case is closed.

IT IS SO ORDERED this 26th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE